IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

BRUCE A. VAN BUSKIRK and LORI A.
VAN BUSKIRK,

                    Plaintiffs,

        vs.

THE UNITED GROUP OF COMPANIES,
INC.; DAVIS CAPITAL GROUP, INC.; DCG
FUNDS MANAGEMENT, LLC; DCG/UGOC
FUNDS MANAGEMENT II, LLC; RICHARD
W. DAVIS JR.; MICHAEL J. UCCELLINI and
JESSICA F. STEFFENSEN as Executor and
Executrix, Respectively, of the ESTATE OF
WALTER F. UCCELLINI; MICHAEL J.
UCCELLINI; MCM SECURITIES, LLC; AND
MILLENNIUM CREDIT MARKETS, LLC,

                    Defendants.

---------------------------------------------------------------x

Case No. 1:16-CV-00881-GLS-CFH

**STIPULATION OF**
**VOLUNTARY DISMISSAL**

    **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs, Bruce A.

Van Buskirk and Lori A. Van Buskirk, and Defendants The United Group of Companies, Inc.,

DCG/UGOC Funds Management II, Michael J. Uccellini and Jessica F. Steffensen, as Executor

and Executrix, respectively, of the Estate of Walter F. Uccellini, Michael J. Uccellini, MCM

Securities, LLC, and Millennium Credit Markets, LLC by and through their respective undersigned

counsel, that this case and all claims in this case be dismissed, with prejudice, each party to bear

its own costs, pursuant to the agreement of the parties.

    **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in

separate multiple counterparts, each of which shall be deemed to be an original. Signatures provided

through email or facsimile are deemed to be the equivalent of originals for filing purposes.

LEGAL\47865893\1

2

Dated: New York, New York
       August 14, 2020


KELLER, ROHRBACK LAW FIRM

BY: _____
              Ron Kilgard

Ron Kilgard
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012-2643
Telephone (602) 248-0088
Email - rkilgard@kellerrohrback.com


*Attorneys for Plaintiffs*

COZEN O'CONNOR

BY: _____*Tamar S. Wise*_____
            Tamar S. Wise

Michael B. de Leeuw
Tamar S. Wise
45 Broadway Atrium, Suite 1600
New York, New York 10006
Telephone: (212) 908-1331
Email - mdeleeuw@cozen.com
Email - twise@cozen.com

*Attorneys for Defendants The United Group of
Companies, Inc., DCG/UGOC Funds
Management II, Michael J. Uccellini and
Jessica F. Steffensen, as Executor and
Executrix, respectively, of the Estate of
Walter F. Uccellini, Michael J. Uccellini,
MCM Securities, LLC, and Millennium Credit
Markets, LLC*


SO ORDERED:   _____
                    Hon. Gary L. Sharpe

LEGAL\47865893\1